■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERI W., Appellant. [37 NYS3d 890]—Judgment, Supreme Court,

New York County (Rena K. Uviller, J.), rendered June 6, 2012, convicting defendant, upon her plea of guilty, of sexual abuse in the first degree, adjudicating her a youthful offender and sentencing her to a term of 10 years' probation, unanimously affirmed.

Although the court adjudicated defendant a youthful offender, it lawfully imposed a 10-year term of probation rather than a five-year term (*see People v Gray*, 2 AD3d 275, 275 [1st Dept 2003], *lv denied* 1 NY3d 628 [2004]). We decline to revisit our holding in *Gray*.

Although we do not find that defendant made a valid waiver of her right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Acosta, Saxe, Moskowitz and Gesmer, JJ.